IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MEDIPRO S.A, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-2216 DV |
| | ) | |
| v. | ) | |
| | ) | |
| MEDTRONIC SOFAMOR DANEK, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### ~~PROPOSED~~ ORDER GRANTING MOTION FOR SPECIAL ADMISSION OF ALVIN B. DAVIS

It appears to the Court, based upon the Motion for Special Admission and the accompanying exhibits and certificates, that the motion to admit Alvin B. Davis *pro hac vice* in the above-styled cause is well-taken and should be granted.

IT IS THEREFORE, ORDER, ADJUDGED AND DECREED that the motion for admission *pro hac vice* of Alvin B. Davis as additional counsel for the Defendant is hereby granted, and that Alvin B. Davis be admitted to practice in the United States District Court for the Western District of Tennessee in this cause.

SO ORDERED THIS 17th DAY OF May, 2005.

_____
JUDGE



UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02216 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas R. Dyer
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Alvin B. Davis
STEEL HECTOR & DAVIS LLP
200 So. Biscayne Blvd.
4000 Wachovia Financial Center
Miami, FL 33131

Honorable Bernice Donald
US DISTRICT COURT