UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUN -7  AM 10: 14

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MEDIPRO S.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDTRONIC SOFAMOR DANEK, INC., )<br>)<br>Defendant. ) | Civil Action No. 05-2216-D/V |

ORDER ENLARGING TIME

On unopposed motion by plaintiff Medipro S.A., presenting adequate cause, the original time period for said plaintiff to respond to the motion to temporarily stay proceedings served by defendant Medtronic Sofamor Danek, Inc. on May 13, 2005, is enlarged to and including June 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-7-05

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02216 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas R. Dyer
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Alvin B. Davis
STEEL HECTOR & DAVIS LLP
200 So. Biscayne Blvd.
4000 Wachovia Financial Center
Miami, FL 33131

Honorable Bernice Donald
US DISTRICT COURT