UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MEDIPRO S.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDTRONIC SOFAMOR DANEK, INC., )<br>)<br>Defendant. ) | Civil Action No. 05-2216-D/V |

## ORDER ENLARGING TIME

On unopposed motion by plaintiff Medipro S.A., presenting adequate cause, the time period for said plaintiff to respond to the motion to temporarily stay proceedings served by defendant Medtronic Sofamor Danek, Inc. on May 13, 2005, is enlarged to and including October 15, 2005.

_____
UNITED STATES JUDGE

June 30, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02216 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas R. Dyer
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Alvin B. Davis
STEEL HECTOR & DAVIS LLP
200 So. Biscayne Blvd.
4000 Wachovia Financial Center
Miami, FL 33131

Honorable Bernice Donald
US DISTRICT COURT