UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 13 AM 7:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MEDIPRO S.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2216-D/V |
| MEDTRONIC SOFAMOR DANEK, INC., | ) |
| Defendant. | ) |

ORDER ENLARGING TIME

On unopposed motion by plaintiff Medipro S.A., presenting adequate cause, the time period for said plaintiff to respond to the motion to temporarily stay proceedings served by defendant Medtronic Sofamor Danek, Inc. on May 13, 2005, is enlarged to and including November 15, 2005.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-14-05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02216 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas R. Dyer
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Alvin B. Davis
STEEL HECTOR & DAVIS LLP
200 So. Biscayne Blvd.
4000 Wachovia Financial Center
Miami, FL 33131

Honorable Bernice Donald
US DISTRICT COURT