UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 16 AM 11:41

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MEDIPRO S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2216-D/V |
| ) | |
| MEDTRONIC SOFAMOR DANEK, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER ENLARGING TIME

On unopposed motion by Plaintiff, Medipro S.A., presenting adequate cause, the time period for Plaintiff to respond to Medtronic Sofamor Danek, Inc.'s Motion to Temporarily Stay Proceeding served by defendant Medtronic Sofamor Danek, Inc. on May 13, 2005 is enlarged to and including December 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12-15-2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02216 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Alvin B. Davis
STEEL HECTOR & DAVIS LLP
200 So. Biscayne Blvd.
4000 Wachovia Financial Center
Miami, FL 33131

Thomas R. Dyer
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Bernice Donald
US DISTRICT COURT